IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Haliron Power, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>Fluor Daniel Caribbean, Inc., a subsidiary of Fluor Enterprises, Inc., Zurich American Insurance Company, Federal Insurance Company, Travelers Casualty and Surety Company, Fidelity and Deposit Company of Maryland, and Liberty Mutual Insurance Company,<br><br>         Defendants. | Civil Action No.: 6-18-cv-02911-TMC |

## **NOTICE OF REQUEST FOR PROTECTION**

Pursuant to Local Rule 6.02, N. Ward Lambert, counsel for the Defendants, Fluor Daniel Caribbean, Inc., a subsidiary of Fluor Enterprises, Inc., Zurich American Insurance Company, Federal Insurance Company, Travelers Casualty and Surety Company, Fidelity and Deposit Company of Maryland, and Liberty Mutual Insurance Company, respectfully requests this Honorable Court's protection from being called to hearings or other Court appearances in this case from June 24 – June 28, 2019, as counsel has a family vacation scheduled.

        Respectfully submitted,

        s/N. Ward Lambert
        N. Ward Lambert, Fed. ID No. 5246
        Calvin T. Vick, Jr., Fed. ID No. 9502
        Wesley B. Lambert, Fed. ID No. 11990
        HARPER, LAMBERT & BROWN, P.A.
        201 W. McBee Ave., Suite 450 (29601)
        P.O. Box 908
        Greenville, SC 29602
        PH: (864) 235-5535
        FX: (864) 235-6866
        wlambert@hlblegal.com
        tvick@hlblegal.com
        weslambert@hlblegal.com

        *Attorneys for Defendants, Fluor Daniel Caribbean, Inc., a subsidiary of Fluor Enterprises, Inc., Zurich American Insurance Company, Federal Insurance Company, Travelers Casualty and Surety Company, Fidelity and Deposit Company of Maryland, and Liberty Mutual Insurance Company*

April 15, 2019
Greenville, South Carolina